[No. 72162-3-I.   Division One.   June 1, 2015.]

LISA CUMMINGS, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-32782-1, Timothy A. Bradshaw, J., entered July 14, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Leach, JJ. Now published at 189 Wn. App. 1.

[No. 72333-2-I.   Division One.   June 1, 2015.]

KELLY A. SPRATT, *Respondent*, v. BRADLEY TOFT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-33503-6, Samuel Chung, J., entered August 1, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 72836-9-I.   Division One.   June 1, 2015.]

STEPHEN C. SIMMONS, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-00339-1, Erik D. Price, J., entered November 27, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Leach, JJ.